USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 8
DATE FILED: 7/28/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | REPORT AND RECOMMENDATION |
| Plaintiff, | : | |
| –v– | : | 14 Cr. 347 (VB)(LMS) |
| JESUS MENDEZ CASTRO, | : | |
| Defendant(s) | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RECEIVED AUG 07 2014 CHAMBERS OF VINCENT L. BRICCETTI UNITED STATES DISTRICT JUDGE SOUTHERN DISTRICT OF NEW YORK

TO:   The Honorable Vincent Briccetti, United States District Judge:

This written Report and Recommendation is respectfully submitted to report that on May 28, 2014, the above-noted defendant was arraigned and entered a guilty plea in this matter, as set forth in the transcript of the arraignment and plea proceedings, which are transmitted with this written Report and Recommendation. In accordance with my oral Report and Recommendation at the close of the plea proceeding, I respectfully report that the plea and arraignment accord with the requirements of Rule 11 of the Federal Rules of Criminal Procedure, and I further recommend that Your Honor adjudge the defendant guilty of the offense(s) to which a guilty plea was offered.

**MEMO ENDORSED**

Dated:   July 27, 2014
         White Plains, New York

Respectfully submitted,

Lisa Margaret Smith
United States Magistrate Judge

The Court adopts this R&R in all respects. So Ordered: VB, USDJ 8/7/14